Case 1:18-cv-00612-JTN-ESC ECF No. 1 filed 06/01/18 PageID.1 Page 1 of 8

FILED - KZ
June 1, 2018 11:16 AM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
jlb  Scanned by OB 6/1/18

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

_____ Division

1:18-cv-612
Janet T. Neff
U.S District Judge

Ellen S. Carmody
U.S. Magistrate Judge

| | |
|---|---|
| Reuben Miles Crosby d.b.a. REUBEN MILES CROSBY ESTATE,<br>King Yahushua Hananiah Mishael Ali El d.b.a. TORRANCE LEON WILLIAMS JR CORPORATION<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br>STATE OF MICHIGAN d.b.a. MUSKEGON COUNTY COURTHOUSE, CHIEF JUDGE RAYMOND KOSTRZEWA<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. _____<br>*(to be filled in by the Clerk's Office)* |

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

      Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Reuben Miles Crosby |
| Street Address | c/o [1907] Smith Street |
| City and County | Muskegon, MI |
| State and Zip Code | [49444] |
| Telephone Number | 231-720-9175 |
| E-mail Address | torrancecorporation@gmail.com |

   B. **The Defendant(s)**

      Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | RAYMOND KOSTRZEWA |
| Job or Title (if known) | CHIEF JUDGE |
| Street Address | 990 TERRACE STREET |
| City and County | MUSKEGON, MUSKEGON |
| State and Zip Code | MICHIGAN, 49442 |
| Telephone Number | 231-724-6258 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | MICHAEL E. KOBZA HALL OF JUSTICE |
| Job or Title (if known) | |
| Street Address | 990 TERREACE STREET |
| City and County | MUSKEGON,MUSKEGON |
| State and Zip Code | MI,49442 |
| Telephone Number | 231-724-6258 |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
1787 Treaty of Peace and Friendship, Sundry Moor Act 1790, Turner Vs. Moorish Nation, Habeas Corpus, Article 4 section 1 of U.S. Constitution, Article 6 section 2 of U.S. Constitution, Article 1 Section 10 of U.S. Constitution. House Joint Resolution 192 Public Law 73-10, & Various United States Codes.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$100,600,000 For Violation of Rights of indigenous people, Violation of Common law Copyright, Violation of rights stated in U.S. Constitution, Violation of Secured Property, Violation of the Uniform Commerial Code, Violation of Judicial Notice, Violation of Sundry Moor, Violation of Treaty of Peace and Friendship

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

MICHAEL E. KOBZA HALL OF JUSTICE
990 TERRACE STREET
MUSKEGON, MI, 49444
231-724-6258

B.    What date and approximate time did the events giving rise to your claim(s) occur?

May 23rd, 2018 9:30 a.m.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Reuben Miles Crosby the natural person challenged the Jurisdiction of the court for a summons for a bill in which came in the fictitious name of the business REUBEN MILES CROSBY in which we both are the Pro Se Represenatives and, power-of-attorney for. When the jurisdiction was challenged it was ignored several times and Judge Kostrzewa still assumed Jurisdiction anyway and locked up the natural Person Reuben Miles Crosby.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.
N/A

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

We wish to be compensated for the lump some of $100,600,000.00 for violation of common law copyright, Violation of Security Agreement, Violation of Acknowledgment, Violation Judicial Notice, Deprivation of rights Under color of law, Violation of Constitutional Rights, Violation of Treaty agreement, Violation of Sundry Moor Act, Violation of Rights of Indigeneous people, Habeas Corpus, and Defrauding a creditor.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/29/2018

Signature of Plaintiff: King Yahusha Ali El
Printed Name of Plaintiff: King Yahushua Ali El
ALL RIGHTS RESERVED
UCC 1-207 & 1-308

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

## Additional Plaintiffs

King Yahushua Hananiah Mishael Ali El D.B.A. TORRANCE LEON WILLIAMS JR.

[1907] Smith Street

Muskegon, MI,

torrancecorporation@gmail.com

**FROM:**
King Yahushua Ali El
c/o 1907 Smith Street
Muskegon, MI, 49442
Real Land North America





7018 0040 0000 8854 9190

U.S. POSTAGE PAID
SHEBOYGAN, WI 53081
MAY 29, 18
AMOUNT $5.50
R2304E105733-66

**TO:**
107 Federal Building
410 W. Michigan Avenue
Kalamazoo, MI, 49007
Clerk of Courts

Photo Document Mailer
9 3/4" x 12 1/4"

