UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REUBEN MILES CROSBY, et al.,

    Plaintiffs,

v.

    Case No. 1:18-cv-612

    HON. JANET T. NEFF

STATE OF MICHIGAN, et al.,

    Defendants.
_____/

## ORDER

This is a civil action. On June 12, 2018, the court issued a deficiency order (ECF No. 5). The order required Plaintiffs to each submit the $200.00 portion of the civil action filing fee or apply in the manner required by law to proceed *in forma pauperis* within twenty-eight days of the order. More than twenty-eight days have elapsed since the court's order and Plaintiffs have failed to cure the deficiency. Plaintiffs have failed to comply with the order. Therefore,

**IT IS HEREBY ORDERED** that this action is DISMISSED without prejudice for lack of prosecution.

A Judgment will be entered consistent with this Order.

Dated: July 30, 2018

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge